IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES McNULTY | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-3098 |
| | : | |
| GEORGE MILLER, et al. | : | |

**ORDER**

This 9th day of November, 2021, upon careful and independent consideration of the petition for writ of habeas corpus, review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, and consideration of Petitioner's objections, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's objections are overruled.

3. The petition for a writ of habeas corpus is **DENIED** in part and **DISMISSED** in part;

4. There is no basis for the issuance of a certificate of appealability.

    /s/ Gerald Austin McHugh
United States District Judge